**Rafael PRECIADO OCHOA,**
Petitioner—Appellant,

v.

**Rosie B. GARCIA, Warden,**
Respondent—Appellee.

No. 00–56692.
D.C. No. CV–99–08223–HLH.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Rafael Preciado Ochoa, a California state prisoner, appeals the district court's order dismissing as untimely his 28 U.S.C. § 2254 habeas petition challenging his three strikes conviction for felony evading a police officer. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Ochoa contends that the statute of limitations articulated in 28 U.S.C. § 2244(d) should be tolled during the pendency of his prior unexhausted federal petition. After the parties filed their briefs, the United States Supreme Court decided this issue, foreclosing Ochoa's contention. *See Duncan v. Walker*, 533 U.S. 167, 121 S.Ct. 2120, 150 L.Ed.2d 251. Accordingly, we affirm the district court's dismissal.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.